# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN LEE SELDON, M.D., *et. al.*,<br><br>    Defendants. | Case No. 2:07-CR-00135-KJD-LRL<br><br>**ORDER** |

    Based on the application of the Government, and good cause appearing,

**IT IS THEREFORE ORDERED** that the attorney-client privilege in Case No. 2:07-cr-00135-KJD-LRL is waived with respect to the allegations in Defendant Steven Lee Seldon's 28 U.S.C. §2255 motion (#389/390), and that attorney RONALD RICHARDS shall within thirty (30) days from this date provide the Government with an affidavit containing all materials and information relating to matters put at issue in Defendant's 28 U.S.C. §2255 motion. Further, attorney LOUIS PALAZZO, the attorney-client privilege already having been waived, is ordered to provide the Government with his affidavit containing all materials and information relating to matters put at issue in Defendant Deborah Martinez Seldon's 28 U.S.C. §2255 motion within (30) days from this date.

    The Government's opposition to Defendants' motions under section 2255 shall be filed no more than thirty (30) days after the last affidavit is received. Any reply in support of a defendant's

motion under section 2255 shall be filed no more than thirty (30) days after the Government's response in opposition.

DATED this 13th day of November 2012.

_____
Kent J. Dawson
United States District Judge